JENNIE E. GARDINIER, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 15, 1886 ; decided November 23, 1886.)

THIS action was brought to recover damages for alleged negligence causing the death of John H. Gardinier, plaintiff's intestate.

It was claimed by plaintiff that Gardinier fell over the wing wall of a bridge which defendant had constructed to carry a highway over its tracks near the village of Fonda, and which was not protected by a railing or any sufficient guard. Gardinier was found upon the track below. The court here hold there was no evidence that the deceased fell from, or was upon the bridge, or that he was seen on the highway approaching it. The physician who examined Gardinier after he was found testified that the injury was such as might have been caused by falling from the abutment of the bridge, or from a car, or by a blow.

*C. D. Prescott* for appellant.

*R. B. Fish* for respondent.

DANFORTH, J., reads for reversal and new trial.

All concur.

Judgment reversed.